UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DANIEL ELIYAHSHUA KLEIN, | Case No. 3:23-cv-00189-MMD-CSD |
|---|---|
| Plaintiff | ORDER |
| v. | |
| NDOC MEDICAL DIRECTOR, et al., | |
| Defendants | |

**I.  DISCUSSION**

On August 13, 2024, the Court issued a screening order permitting some of Plaintiff's claims to proceed and referring this case to the Court's Inmate Early Mediation Program. (ECF No. 17). However, the Court's order came back as undeliverable with a notation that Plaintiff had been transferred to Lovelock Correctional Center. (ECF No. 18).

Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

The Court will send a one-time courtesy copy of this order, and the Court's screening order, to Plaintiff at Lovelock Correctional Center. Plaintiff must file his updated address with the Court by September 23, 2024. If Plaintiff fails to file his updated address with the Court, this case will be subject to dismissal without prejudice. If Plaintiff misses any future orders or deadlines because he failed to update the Court with his current address, this case may be dismissed.

**II.  CONCLUSION**

Plaintiff shall file his updated address with the Court on or before **September 23, 2024**. If Plaintiff does not file his updated address by that deadline, this case will be

1 subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to
2 refile the case with the Court, under a new case number.
3     IT IS FURTHER ORDERED that the Clerk of the Court send a courtesy copy of
4 this order, and the Court's screening order (ECF No. 17) to Plaintiff at Lovelock
5 Correctional Center.

7     DATED THIS 27th day of August 2024.



    United States Magistrate Judge

- 2 -