**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ELIYAHSHUA KLEIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NDOC MEDICAL DIRECTOR, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:23-cv-00189-MMD-CSD<br><br>**ORDER** |

　　On December 26, 2024, the Office of the Attorney General filed their Notice of Acceptance of Service indicating they did not accept service of process on behalf of Defendants Bitar and Magnapit and stated that the last known addresses for these Defendants would be filed under seal within 14 days. (ECF No. 26 at 2.) To date, the last known addresses have not been filed under seal.

　　Defendants' counsel shall submit the last known physical addresses for Defendant Bitar and Magnapit under seal on or before **Wednesday, February 12, 2025.**

　　**IT IS SO ORDERED.**

　　DATED: February 3, 2025.



_____
Craig S. Denney
United States Magistrate Judge