UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIEL ELIYAHSHUA KLEIN,

                Plaintiff,

v.

NDOC MEDICAL DIRECTOR, *et al.*,

                Defendants.

3:23-cv-00189-MMD-CSD

**ORDER RE: SERVICE OF PROCESS**

        The Office of the Attorney General did not accept service of process on behalf of Defendants **Paul Bitar** and **Ronrico Mangapit**. (ECF No. 26.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 30.)

        The Clerk shall ISSUE summonses for **Paul Bitar** and **Ronrico Mangapit** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 30.) The Clerk shall also SEND sufficient copies of the Second Amended Complaint (ECF No. 11), the screening order (ECF No. 17), and this order to the U.S. Marshal for service on Defendants Bitar and Mangapit. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

        Plaintiff is reminded that **March 5, 2025**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

        **IT IS SO ORDERED.**

        DATED: February 12, 2025.

_____
Craig S. Denney
United States Magistrate Judge

1