# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ELIYAHSHUA KLEIN,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NDOC MEDICAL DIRECTOR, *et al.*,<br><br>　　　　　　　　　Defendants. | 3:23-cv-00189-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 46 |

Before the court is Plaintiff's Motion to Enlarge Time to Serve Summons and Complaint on Defendants. (ECF No. 46.)

Good cause appearing, Plaintiff's Motion to Enlarge Time to Serve Summons and Complaint on Defendants (ECF No. 46) is **GRANTED** to the extent that Plaintiff shall have to and including **Tuesday, September 2, 2025**, in which to effect service. There shall be no further extensions of the deadline for service absent a showing of good cause for the failure to serve the Defendants pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

DATED: April 30, 2025.

_____
Craig S. Denney
United States Magistrate Judge